UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.02-20637-CR-MARRA-BSS

UNITED STATES OF AMERICA

vs.

LAWRENCE W. GALLO

_____

**ORDER ON BOND MOTION**

FILED by _____ D.C.

MAY 2 - 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA FT. LAUD.

THIS CAUSE is before the Court UPON MOTION OF (DEFENDANT) (GOVERNMENT) (PRETRIAL SERVICES) TO (REDUCE) (INCREASE) (MODIFY) (REVOKE) THE BOND. Upon consideration, it is ordered and adjudged as follows:

_BSS_ the motion is (DENIED;) BOND remains ~~at~~ same with additional conditions (see (illegible))

____ The motion is GRANTED, BOND is set at _____

in addition to the standard conditions of bond, the following special conditions are hereby imposed:

__ surrender passports and travel documents to pretrial services

__ travel restricted

__ report to pretrial services __ times a week/month by phone; __ times week/month in person

__ submit to random urinalysis by pretrial services.

__ treatment and/or counseling as deemed necessary by pretrial services.

__ maintain/actively seek full time employment.

__ avoid contact with victims or witnesses.

__ refrain from possessing firearm.

195/1K

✓ curfew imposed _6:00 A.M. TO 10:00 P.M._

✓ other: _Electronic Monitoring (Bracelet) And Limited Phone Calls With Attorney And Family Members_

DONE AND ORDERED at Fort Lauderdale, Florida this 27th day of MAY, 2004

_/s/ Barry S. Seltzer_
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney
    United States Marshal
    Counsel for defendant
    Pretrial services