UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
HONORABLE KENNETH A. MARRA

UNITED STATES OF AMERICA,            Case No.  02-20637-Cr-Marra

          Plaintiff,

vs

LAWRENCE GALLO,

          Defendant.
_____/

FILED by matt D.C.

JUL 27 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF FILING JUROR NOTE

July 26, 2004                         Clarence Maddox, Clerk of Court

                                                   By: Michele A. Tarallo
                                                       Deputy Clerk

Bruce Hutchinson                    Juror #9

My father was ruined by stock brokerage here in Ft Lauderdale. Broker churned his account until nothing was left. Went to see manager of brokerage - was told there was nothing I could do about it!

My father was involved in Mutual Funds and investments. IRS agent had him sign a paper to take funds out of his Social Security. My father was not of sound mind at the time of his signing document. He had nothing left to live on. My father passed away a short time later.

I have been treated for insomnia and stress and am under a doctors care now.

I have been arrested for traffic offenses and DE but not convicted. Problem with business partner 30 yrs ago.

Bruce Hutchinson