UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 02-20637-Cr-Marra

Plaintiff,

vs.

LAWRENCE W. GALLO,

Defendant.
_____/

FILED by _____ D.C.
JUL 3 0 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**ORDER REVOKING BOND**

THIS CAUSE is before the Court upon an *Ore Tenus* Motion to Revoke Bond. After due consideration of the record and the motion, it is hereby

ORDERED and ADJUDGED that the Motion is **GRANTED**. The Court finds that there is probable cause to believe that the defendant has committed a Federal crime while on release and the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the defendant will not pose a danger to the safety of any other person or the community. See 18 U.S.C. §3148(b).

DONE and ORDERED at Ft. Lauderdale, Florida, in chambers this 29th day of July 2004.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

David Buckner, AUSA (Miami)
Joel Hirschhorn, Esq.
U.S. Marshal
U.S. Pretrial Services
U.S. Probation