UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO.: 02-20637-Cr-Marra
　　　　　　　Plaintiff            04-20478-Cr-Marra
vs.

Lawrence W. Tallo,

FILED by mat D.C.
FEB 28 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**SENTENCING MINUTES**

DATE: 2-24-2005    Court Reporter: Denise Errett
Assistant U.S. Attorney David Buckner   Defense Counsel: Joel Hirschhorn
Interpreter: none    Deputy Clerk Michele Tarallo

___ Deft. Failed to appear - warrant to issue. Bond Forfeited.

___ Sentencing cont'd until __/__/__ At _____ Am/pm

**JUDGMENT AND SENTENCE**

Imprisonment   YEARS    MONTHS    COUNTS
02-20637-Cr           27        Ct 1
04-20478-Cr           135       Ct 2
Comments  Sentences to run concurrently

Supervised Release  02-20637-Cr — 3 years    04-20478-Cr — 3 years
                    concurrent

✓ Maintain employment  ✓ Search of person/property  ___ Deportation
___ Drug/Alcohol treatment  ___ Financial disclosure  ___ No debt
✓ No self-employment without permission
No business, telemarketing without permission

Assessment $ 100 each case  Fine none   Restitution: 04-20478-Cr
forfeits property pursuant to  $1,048,475.94
                    plea agreement
✓ Counts remaining dismissed on Government motion.
✓ Defendant advised of his right to appeal.
✓ Remanded to U.S. Marshal   ___ Release bond pending appeal
___ Voluntary Surrender to (designated institution or U.S. Marshal) on or before _____

256/
2/28/05

Recommendation to the Bureau of Prisons  500 hr drug program
NE Region preferably Ft Dix N.J.